# AFFIDAVIT

STATE OF FLORIDA        )
COUNTY OF PASCO      )

BEFORE ME, the undersigned authority, personally appeared **Colonel Jeffrey Harrington**, who, being first duly sworn, states the following:

1. I am over 18 years of age and am employed as Chief Deputy with the Pasco Sheriff's Office. In my capacity as Chief Deputy, I am second in command and report directly to Sheriff Chris Nocco. Sheriff Nocco has served as the Sheriff of Pasco County since his appointment by Governor Scott in May of 2011. The Pasco Sheriff's Office is the chief law enforcement agency in Pasco County, Florida.

2. The Sheriff's Office is generally organized into six bureaus: Field Operations, Criminal Investigations, Joint Operations, Operational Logistics, Court Services, and Management Services—each led by a Bureau Chief or Bureau Commander.

3. Per General Order 26.1, there are three types of outcomes for agency policy violations at the Sheriff's Office. Corrective actions (including counselings, reprimands, and sanctions such as reassignments) and informal discipline (actions resulting in a loss of pay or benefits, i.e. suspensions of two days or less, demotion of one rank) are handled at the Bureau Commander level without Sheriff Nocco's involvement. "Formal" disciplinary action, including suspensions of three days or more, demotions of more than one rank, and dismissals, are within the exclusive province of Sheriff Nocco.

4. Corrective actions such as written reprimands do not have any effect on an employee's pay, benefits, work schedule, or ability to advance within the Sheriff's Office.

5. On December 19, 2016, I became aware that the New Port Richey Police Department had conducted an investigation into a complaint involving Sheriff's Office deputy,

1

Terra Winthrop, and had found probable cause to arrest her for domestic battery. Prior to learning of the outcome of New Port Richey PD's investigation, I was not aware that Winthrop was even the subject of a complaint.

6. After learning this information, I informed Sheriff Nocco of Winthrop's impending arrest. Based on my report of New Port Richey PD's intended course of action, Sheriff Nocco immediately instructed me to prepare paperwork to effectuate her dismissal from the Sheriff's Office. The only thing discussed during my conversation with Sheriff Nocco was Winthrop's impending arrest.

7. The decision to dismiss Winthrop was not made until after I learned of the New Port Richey PD's intention to arrest Winthrop for domestic battery and after I had informed Sheriff Nocco of the same.

8. The matter which led to Winthrop's arrest for domestic battery occurred at a location within the New Port Richey PD's jurisdiction. The Sheriff's Office does not conduct criminal investigations of matters that are not within its jurisdiction and has never done so under Sheriff Nocco's administration. Under Sheriff Nocco, the Sheriff's Office has also never investigated another agency's investigation of a matter within its jurisdiction. The Sheriff's Office had no involvement in the New Port Richey PD's investigation or decision to arrest Winthrop for domestic battery.

9. Under Sheriff Nocco, every employee, sworn or civilian, who has been arrested for a domestic violence related offense has been terminated immediately. Other than Winthrop, I am also aware that former deputies Steve Papola and Gregory Colaluca were immediately terminated following their arrest for domestic battery. Deputy Colaluca was arrested and terminated two days after Winthrop. Both Papola and Colaluca are white males.

I have read the foregoing and it is true and correct to the best of my knowledge.

DATED THIS 29 day of April, 2019.

_____
Colonel Jeffrey Harrington

Sworn to and subscribed before me this 29 day of April, 2019.

CAITLIN M. MORRISON
Commission # GG 216256
Expires May 9, 2022
Bonded Thru Budget Notary Services

_____
Signature of Notary Public - State of Florida

Caitlin Morrison
_____
Print, Type, or Stamp Commissioned Name of Notary Public
Personally Known  ✓  OR Produced Identification _____
Type of Identification Produced _____ and who did take an oath.